AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00282 |
| Ryan Seth Suleski | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 3/5/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Ryan Seth Suleski,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of Justice/Congress, Aiding and Abetting;
18 U.S.C. § 641 - Theft of Government Property.

Date:   03/05/2021

2021.03.05 16:37:12 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.         Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/05/2021, and the person was arrested on *(date)* 03/10/2021
at *(city and state)* Chesapeake, Virginia.

Date: 03/10/2021

*Arresting officer's signature*

Megan Beck - Special Agent
*Printed name and title*